UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                     Plaintiff,

-against-

Eric T. Gardner

                     Defendant.

Case No.: 18 MJ 8237 (MRG)

**ORDER OF DISMISSAL**

---

      Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 22 day of February, 20 21
Poughkeepsie, New York